# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                      **CRIMINAL NO.:  1:10cr39-SA-DAS-2**

**ERIC LASHUN SMITH**                                    **DEFENDANT**

## ORDER DENYING BOND

This matter came before the court on Defendant's Motion for Bond, Docket [143]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshal Service pending the Final Revocation Proceedings before United States District Judge Sharion Aycock.

SO ORDERED, this the 5th day of March, 2021.

                                                    /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE